# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159498(74)
159499

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* VERNON EUGENE PROCTOR, M.D.

_____

BUREAU OF HEALTH CARE SERVICES,
          Petitioner-Appellee,

v

SC: 159498
COA: 342029
LARA Bureau of Professional
     Licensing: 15-041398

VERNON EUGENE PROCTOR, M.D.,
          Respondent-Appellant.

_____

BUREAU OF HEALTH CARE SERVICES,
          Petitioner-Appellee,

v

SC: 159499
COA: 342676
Bd of Medicine: 15-041397

VERNON EUGENE PROCTOR, M.D.,
          Respondent-Appellant.

_____/

On order of the Chief Justice, the motion of respondent-appellant to exceed the page limitation for his application for leave to appeal is GRANTED.  The 83-page application submitted on April 25, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019



Clerk